



Civil Case No: 5:19-cv-01246-LCB